# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAWN BURKHALTER** | **CIVIL ACTION NO.** |
| **VERSUS** | |
| | **22-1046-JWD-EWD** |
| **KILOLO KIJAKAZI** | |

### **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Report and Recommendation of the Magistrate Judge issued on January 12, 2024 (Doc. 16), to which no objection was filed,

**IT IS ORDERED** that the Commissioner's decision shall be AFFIRMED, and this action shall be DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 2, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**